# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DANNY L. PETERSON,

        Petitioner,

        v.                                 Case No. 06-C-0949

JODINE DEPPISH, Warden,
Fox Lake Correctional Institution,

        Respondent.

---

## ORDER DENYING PETITIONER'S APRIL 21, 2008 MOTION

---

On February 11, 2008, this court ordered the respondent in this habeas corpus proceeding to file on or before March 14, 2008, the sealed transcript of the in camera interview of a confidential informant from the motion hearing dated February 4, 2003, and the Rule 809.30 motion for post-conviction relief filed on December 16, 2003, by the petitioner through his attorney Allison Ritter in Milwaukee County Circuit Court. Thereafter, on March 14, 2008, the court granted the respondent's motion for an extension of time until April 3, 2008, by which to file the transcript, the Rule 809.30 motion having been filed on March 13, 2008

On March 26, 2008, the respondent filed with this court, under seal, the transcript of the in camera interview of the confidential informant.

Despite the foregoing, on April 21, 2008, the petitioner filed a "Motion for Habeas Corpus Relief" predicated on the respondent's failure to comply with the court's March 14, 2008 order. The petitioner's motion will be denied. Simply stated, the respondent has complied with the court's March 14, 2008 order.

**NOW THEREFORE IT IS ORDERED** that the petitioner's motion for order granting habeas corpus relief filed on April 21, 2008 (dkt # 33), be and hereby is **DENIED**.

**SO ORDERED** this 5th day of May 2008, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge